# GEORGE WALTON v. STATE.

No. A-6834.   Opinion Filed September 21, 1929.
(280 Pac. 1118.)

Paden & Douglas, for plaintiff in error.

Edwin Dabney, Atty. Gen., for the State.

PER CURIAM.  The plaintiff in error was convicted of selling intoxicating liquor, and was sentenced to serve a term of 30 days in the county jail and to pay a fine

of $50. No briefs have been filed by plaintiff in error. An examination of the record discloses no jurisdictional nor fundamental error.

The case is affirmed.